FILED
00 APR 24 PM
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR 24 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| In the Matter of: | |
| PARKS & SON EXCAVATING, INC. | CIVIL ACTION NO. |
| ****************************** | |
| PARKS & SON EXCAVATING, INC., et al., | 00-AR-0017-NE |
| Plaintiffs, | BANKRUPTCY CASE NO. 98-84411-JAC |
| v. | Chapter 7 |
| FORD MOTOR COMPANY, et al., | A.P. No. 99-80174-JAC |
| Defendants. | |
| *************************** | |
| TAZEWELL T. SHEPARD, As Trustee for the Estate of Parks & Son Excavating, Inc., et al., | A.P. No. 00-8025 |
| Plaintiffs, | |
| v. | |
| LANGE, SIMPSON, ROBINSON & SOMERVILLE, L.L.P., et al., | |
| Defendants. | |

### **MEMORANDUM OPINION**

Because there is a proper jury demand in Adversary Proceeding No. 99-80174 (apparently a continuum of AP No. 99-0031), and because the parties have not consented for the bankruptcy court to conduct a jury trial, cause exits for a withdrawal of the reference consistent with 28 U.S.C. § 157(d). It matters not whether the

1



controversy is withdrawn in response to a timely motion for withdrawal or on this court's own motion. However, Adversary Proceeding No. 99-0174 will be withdrawn *sua sponte* by separate order.

Because Adversary Proceeding No. 00-8025 is no more than a part of the discovery process in Adversary Proceeding No. 99-80174, cause also exists for a withdrawal of the reference as to it. Accordingly, said Adversary Proceeding No. 00-8025 will also be withdrawn *sua sponte* by separate order.

DONE this 24th day of April, 2000.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE